# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev. 5/98

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. Lashone DANIELS

FOR: Northern District of Illinois
AT: Eastern Division

**FILED**
JUN 11 2008
JUDGE JOAN B. GOTTSCHALL
United States District Court

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): LASHONE DANIELS

1. ☒ Defendant— Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate
District Court: 07 CR 840
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor
18 USC § 1343 and
18 USC § 1344

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
- Name and address of employer: N/A
- IF YES, how much do you earn per month? $ ____
- IF NO, give month and year of last employment: ____
- How much did you earn per month? $ ____
- If married is your Spouse employed? ☒ Yes  ☐ No — for city concrete work — unemployed until July
- IF YES, how much does your Spouse earn per month? $ 4,000  Seasonal work
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
RECEIVED: $ ____   SOURCES: ____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No   IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ 380,000   DESCRIPTION: home ($300,000 mortgage)

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED
Total No. of Dependants: 4 children + 2 husband's

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Mortgage | | 300,000 | $ 2600 |
| Credit cards + loans | | 5,000 | $ 500 est. |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) June 11, 2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Lashon Daniels*