UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 11 2008
JUDGE JOAN B. GOTTSCHALL
United States District Court

In the Matter of

United States of America
v.
Lashon Daniels

Case Number: 07 CR 840

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

LASHON DANIELS

### (A)
- SIGNATURE: [signed]
- NAME: Gareth Morris
- FIRM: Gareth Morris Law Office
- STREET ADDRESS: 1704 N. Dayton St., Suite 100
- CITY/STATE/ZIP: Chicago IL 60614
- TELEPHONE NUMBER: 312 943 6178
- FAX NUMBER: 312 943 0266
- E-MAIL ADDRESS: garethgeoffrey@mac.com
- IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): # 3128489
- MEMBER OF TRIAL BAR? YES ☒ NO ☐
- TRIAL ATTORNEY? YES ☒ NO ☐

### (B)
(blank)

### (C)
(blank)

### (D)
(blank)